
RECEIVED
JAN 25 2023
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

---

United States of America,             Case No. 22CR00348 (JNE/LIB)

            Plaintiff,

v.

Gale Allen Rachuy,

            Defendant.

---

## MOTION

---

The above-named Defendant hereby moves the Court for its Order amending the Conditions of Release, specifically that the condition restricting use of a devise that can access the internet be amended to his IPhone cellular phone.

Defendant move for modification that an app be installed on his cellular phone blocking internet so he can talk and text, which U.S. Probation Officer has instructed defendant to have his attorney motion the court and counsel refused stating "this is not my duty."

Therefore, Defendant has terminated counsel and makes this motion pro se.

For these reasons, defendant requests the Court grant this motion and direct the application be installed immediately on his phone.

Dated: January 25, 2023.

Respectfully submitted,

*/s/ Gale A. Rachuy*
Gale A. Rachuy
Post Office Box 161282
Duluth, MN 55816

Defendant Pro se

SCANNED
JAN 25 2023 MB
U.S. DISTRICT COURT DULUTH