UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-cr-348 (JNE/LIB)

_____

United States of America,

      Plaintiff,

vs.

Gale Allen Rachuy,

      Defendant.

**STATEMENT OF FACTS SUPPORTING MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

_____

I, Gale Allen Rachuy, agree to the following statement of facts supporting my motion to extend the pretrial filings deadline and exclude that time from the Speedy Trial Act computation: My attorney moved to extend the deadline for filing pre-trial motions until February 24, 2023 (ECF Doc. 31). My attorney requested additional discovery from the Government which is forthcoming. I need time to review this additional discovery with my attorney and decide whether to bring additional motions. Further, my attorney's access to me has limitations because I remain at a halfway house. I grant my attorney permission to electronically sign this document on my behalf.

Dated: January 27, 2023              /s/ Gale Allen Rachuy
                                                   Gale Allen Rachuy

Dated: January 27, 2023              /s/ Christopher Keyser
                                                   Christopher Keyser (0389361)
                                                   *Attorney for Gale Allen Rachuy*