UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 22-cr-348 (JNE/LIB) |
| Plaintiff, | |
| vs. | **ORDER MODIFYNG CONDITIONS OF RELEASE** |
| Gale Allen Rachuy, | |
| Defendant. | |

---

On April 14, 2023, the Defendant filed a Motion to Modify Conditions of Release [Docket No. 43]. The Defendant requests that the Court modify his conditions of his release to vacate the halfway house condition based on his continued compliance and change of circumstances, namely his worsening medical condition and his compliance of the halfway house's rules to date. The Government opposes the request. The Pretrial Services Officer supports the request. Based on all the records, files and proceedings in this matter, **IT IS HEREBY ORDERED** that:

1. The Defendant's Motion to Modify Conditions of Release [Docket No. 43] is **GRANTED.**

2. The Order Setting Conditions of Release [Docket No. 13], section (j), is modified to remove the requirement that the Defendant reside in a halfway house. Section (j) is further modified to allow the Defendant to reside at an address approved by the Probation Officer, and on the condition of GPS monitoring; and

3. All other conditions in the Order Setting Conditions of Release [Docket No. 43] remain in full force and effect.

DATED: April 14, 2023         s/Leo I. Brisbois
                              Hon. Leo I. Brisbois
                              U.S. MAGISTRATE JUDGE