# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
                Plaintiff,

v.
                              **Criminal No. 22-CR-348 (JNE/LIB)**

GALE ALLEN RACHUY,
                Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum        ( ) Ad Testificandum

Name of Detainee: <u>GALE ALLEN RACHUY</u>
Detained at (custodian): <u>DOUGLAS COUNTY JAIL</u>

The government is requesting the FBI to transport detainee.

Detainee is:  a.)  (X) charged in this district by: Indictment
                          Charging Detainee With: <u>Wire Fraud</u>
  or        b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  (X) return to the custody of detaining facility upon termination of this proceeding
    or       b.)  ( ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on May 10, 2023 at 1:00 p.m. in the courtroom (12W) of The Honorable Joan N. Ericksen

Dated: May 9, 2023                                              *s/Harry M. Jacobs*
                                                               HARRY M. JACOBS, AUSA

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum                ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

  May 9, 2023                                                    *s/Dulce J. Foster*
Date                                                                  THE HONORABLE DULCE J. FOSTER
                                                                      UNITED STATES MAGISTRATE JUDGE

**Please provide the following, if known:**

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | 37884 | DOB: | xx/xx/1950 |
| Facility Address: | 1316 N 14th St. | Race: | |
| | Superior, WI 54880 | FBI #: | |
| Facility Phone: | (715) 395-1375 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

**Executed on** _____ **by** _____ _____
                                                                                                                                                (Signature)