# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | |
| GALE ALLEN RACHUY, Defendant. | |

| | |
|---|---|
| Case No: | 22-cr-348 (JNE/LIB) (1) |
| Date: | May 10, 2023 |
| Court Reporter: | Maria Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time Commenced: | 1:23 p.m. |
| Time Concluded: | 1:51 p.m. |
| Time in Court: | 28 Minutes |

Before Joan N. Ericksen, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
  For Plaintiff:    Harry Jacobs
  For Defendant:   Christopher W. Keyser, CJA

PROCEEDINGS:
  ☒ **Change of Plea Hearing.**

  ☒ PLEA:
    ☒ Guilty as to Count 1 of the Indictment
    ☐ "Nolo Contendere" as to Count(s):
    ☐ Defendant admits allegations in the Information.

  ☒ Presentence Investigation and Report requested.
  ☒ Defendant remanded to the custody of the U.S. Marshal.

s/Mark Hamre<br>Law Clerk