UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 22-cr-00348-001 (JNE-LIB)

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **DEFENDANT'S MOTION FOR** ) **EXTENSION OF TIME TO FILE** ) **OBJECTIONS TO PSR** |
| Gale Allen Rachuy, | ) ) |
| Defendant. | ) |

The defendant, Gale Allen Rachuy, by and through undersigned counsel, moves the Court for an order extending the deadline for parties to file any objections to the presentence report to July 31, 2023. The reason for this request is that undersigned counsel will be out of the country for 2 weeks and unable to communicate with Mr. Rachuy. Additional time is required to thoroughly review and discuss the preliminary report. AUSA Harry Jacobs does <u>not</u> object to this request.

Respectfully submitted,

**KEYSER LAW, P.A.**

Dated: July 10, 2023

*/s/ Christopher Keyser*
Christopher Keyser
Attorney No. 0389361
Attorney for Defendant
400 South Fourth Street, Suite 310M
Minneapolis, MN 55415
Phone: (612) 338-5007
Fax: (612) 454-2775
chris@keyserdefense.com