UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 22-cr-00348-001 (JNE-LIB)

| | |
|---|---|
| United States of America, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Gale Allen Rachuy, )<br>)<br>Defendant. ) | **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE SENTENCING POSITION** |

The Defendant, Gale Allen Rachuy, by and through undersigned counsel, moves the Court for an order extending the deadline for parties to file sentencing positions to two (2) weeks before the sentencing hearing. A sentencing date has not yet been scheduled and may not be held until the end of the calendar year. Submitting sentencing positions now is premature. AUSA Harry Jacobs does <u>not</u> object to this request.

Respectfully submitted,

**KEYSER LAW, P.A.**

Dated: August 23, 2023

*/s/ Christopher Keyser*
Christopher Keyser
Attorney No. 0389361
Attorney for Defendant
400 South Fourth Street, Suite 310M
Minneapolis, MN 55415
Phone: (612) 338-5007
Fax: (612) 454-2775
chris@keyserdefense.com