# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## SENTENCING

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GALE ALLEN RACHUY,

        Defendant.

## COURT MINUTES - CRIMINAL

| | |
|---|---|
| Case No: | 22-cr-348 (JNE/LIB) (1) |
| Date: | December 13, 2023 |
| Court Reporter: | Maria Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time Commenced: | 1:05 p.m. |
| Time Concluded: | 1:40 p.m. |
| Time in Court: | 35 Minutes |

Before Joan N. Ericksen, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff:  Chelsea A. Walcker and Harry Jacobs, Assistant U.S. Attorney
For Defendant:  Christopher W. Keyser, CJA

☐ Evidentiary Hearing (only select if witness list filed)
☒ Sentencing
☐ Hearing held on objections to the presentence report

IT IS ORDERED:

Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | ☒ | ☐ | 21 months | | 3 years | | |

☐ Special conditions of:

**See J&C for special conditions**

☒ Defendant sentenced to pay:
    ☐ Fine in the amount of $.
    ☒ Restitution in the amount of $2,500.00.
    ☐ Costs of prosecution in the amount of $ to be paid .
    ☒ Special assessment in the amount of $100.00 to be paid immediately.

☐ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☒ Execution of sentence of imprisonment suspended until December 18, 2023.
☒ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☐ On Motion of the Gov't., the indictment in  is dismissed as to this defendant only.
☐ Motion for departure is   ☐ granted   ☐ denied.
☐ Defendant remanded to the custody of the U.S. Marshal.

☐ Docket no.:  shall be unsealed at the time the judgment is filed.
☐ Docket no.:  shall remain sealed until .
☐ Docket no.:  shall be sealed indefinitely.

s/Mark Hamre<br>
Signature of Law Clerk