UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.

                                                    Case No. 22-cr-348 (JNE/LIB) (1)
                                                    ORDER

Gale Allen Rachuy,

      Defendant.

      Defendant moved for an order that (1) directs "the Court reporter to prepare and supply Defendant with a copy of the December 13, 2023, dated Sentencing Transcript, without cost to Defendant and a copy to the Government" and (2) directs "the Clerk of Court or United States Attorney to provide Defendant with copies of the updated report" of a U.S. Probation Officer, "which had attached reports of [a] Special Agent . . . of the Duluth, Minnesota F.B.I."  The United States responded that it sent copies of the reports submitted to the Court in connection with sentencing to Defendant and that no FBI reports were attached to them.  The United States also stated that it "is not aware of Defendant proceeding *in forma pauperis* in any pending matter before this Court."  The Court denies Defendant's motion [Docket No. 83].  *See* 28 U.S.C. § 753(f); *Chapman v. United States*, 55 F.3d 390, 390–91 (8th Cir. 1995) (per curiam); *United States v. Losing*, 584 F.2d 289, 291 (8th Cir. 1978) (per curiam).

      IT IS SO ORDERED.

Dated: June 5, 2024

                                          s/Joan N. Ericksen
                                          JOAN N. ERICKSEN
                                          United States District Judge